UNITED STATES DISTRICT COURT
for the
District of Colorado

Criminal Action No. 10-cr-00256-WYD

United States of America,

Plaintiff,

Vs.

TERRY GARDNER,

Defendant

---

**ORDER**

---

Entered by Magistrate Judge Michael J. Watanabe

Pursuant to an oral motion at the July 22nd, 2010 initial appearance, the court modifies defendant's bond as follows:

**ORDERED:** The defendant may be employed as a pilot with the restriction that his travel be limited to the continental United States. The court hereby orders the Eastern District of Missouri to return the defendant's pilot license to the defendant Terry Gardner.

Date: 7/22/2010

S/Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado

City and State: Denver, CO