UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  TERRY GARDNER,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Counsel for Defendant Gardner shall file an Amended Status Report on or before **Wednesday, March 3, 2011**, addressing any pending deadlines under the Speedy Trial Act.

      February 23, 2011