UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  TERRY GARDNER,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On review of the status report filed by Defendant Terry Gardner on April 29, 2011, Defendant Gardner shall file an additional status report on or before **Monday, May 9, 2011.**

    Dated:  May 2, 2011