UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. TERRY GARDNER**, et al.

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on May 9, 2011 [ECF No. 57].  A Change of Plea hearing is set for **Tuesday, July 7, 2011, at 10:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  May 9, 2011