UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  TERRY GARDNER**,

    Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the unavailabilty of the Court, the Change of Plea hearing set for **Tuesday July 5, 2011, at 10:00 a.m.** is **VACATED** and **RESET** to **Friday July 1, 2011, at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  June 15, 2011