IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   10-cr-00256-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  TERRY GARDNER,

    Defendant.

---

### ORDER

---

    Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss Remaining Counts (2-14) of the Indictment as to Defendant Terry Gardner (ECF Doc. #72), filed September 28, 2011, is **GRANTED.**  It is further

    ORDERED that Counts 2-14 of the Indictment are dismissed as to defendant Terry Gardner only.

    Dated:  September 30, 2011.

                            BY THE COURT:


                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            CHIEF UNITED STATES DISTRICT JUDGE